IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ERIC DUMOULIN, Reg. No. 68792-018, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 2:19-CV-37-WHA |
| | ) | |
| WALTER WOODS, SR., WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

On July 22, 2020, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. Doc. 21. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and this petition is DISMISSED as moot because a more favorable decision on the merits would not entitle Petitioner to any relief.

A Final Judgment will be entered separately.

Done, this 12th day of August 2020.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE